**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00231-CR

### JUSTIN MICHAEL KRISS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 2
### Dallas County, Texas
### Trial Court Cause No. MB10-58496-B

## ORDER

The Court **REINSTATES** the appeal.

On August 23, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel Melvyn Bruder; (3) Mr. Bruder informed the court that appellant did not pay for the reporter's record until September 11, 2013; and (4) the court reporter indicated the record could be filed by October 11, 2013.

We **ORDER** Leticia Peterson, official court reporter of the County Criminal Court No. 2, to file the reporter's record by **OCTOBER 11, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Leticia Peterson, official court reporter, County Criminal Court No. 2, and to counsel for all parties.


/s/    DAVID EVANS
JUSTICE